ANONYMOUS, Respondent, *v.* ANONYMOUS, Appellant.

Submitted April 19, 1954; decided May 27, 1954.

*Philip A. Levey* for motion.

*Adrian P. Burke, Corporation Counsel (Seymour B. Quel* of counsel), opposed.

Motion denied, and on the court's own motion appeal dismissed upon the ground that no appeal lies as of right (Civ. Prac. Act. § 588, subd. 1).